**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ANDREW KATRINECZ and** § | |
| **DAVID BYRD,** § | |
| Plaintiffs, § | |
| § | |
| v. § | **CASE NO. 2:08-cv-236** |
| § | |
| **ADESSO, INC., ET AL.** | |

**FINAL JUDGMENT**

On this date, the Court reviewed Plaintiffs' Unopposed Motion to Dismiss, the responses, the evidence and the arguments of counsel, if any. The Court assumes that any party who did not file a response to Plaintiffs' motion is unopposed to the motion pursuant to Local Rule CV-7(e). The Court finds that Plaintiffs' Unopposed Motion to Dismiss has merit and GRANTS the motion.

IT IS THEREFORE ORDERED, DECREED AND ADJUDGED that

1. All of Plaintiffs' asserted claims for patent infringement and copyright infringement against Defendants Adesso, Inc. and Anyware Computer Accessories, Inc. are DISMISSED WITH PREJUDICE.

2. All of Plaintiffs' asserted claims for copyright infringement against any Defendant other than Adesso, Inc. and Anyware Computer Accessories, Inc. are DISMISSED WITH PREJUDICE.

3. Any counterclaim or other request for relief any Defendant has asserted against Plaintiffs Andrew Katrinecz or David Byrd in this matter is DISMISSED WITH PREJUDICE.

4. No costs, attorney's fees, or other expenses of any type are awarded against Plaintiffs and any request for such relief against Plaintiffs by any Defendant is expressly DENIED.

SIGNED this 3rd day of August, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE