# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANDREW KATRINECZ AND DAVID BYRD,<br><br>    **Plaintiffs**<br><br>vs.<br><br>ADESSO, INC., et al,<br><br>    **Defendants** | NO.    2:08-cv-236<br><br>**Jury Trial Requested** |
| APPLIED COMPUTER ONLINE SERVICES,<br><br>    **Cross-Claimant**<br><br>vs.<br><br>ADESSO, INC.,<br><br>    **Cross-Defendant** | |

## FINAL JUDGMENT

On this date, the Court reviewed Applied Computer Online Services, Inc. ("Applied") Unopposed Motion to Dismiss, the responses, the evidence and the arguments of counsel, if any. The Court assumes that any party who did not file a response to Applied's motion is unopposed to the motion pursuant to Local Rule CV-7(d). The Court finds that Applied's Motion to Dismiss has merit and GRANTS the motion.

IT IS THEREFORE ORDERED, DECREED AND ADJUDGED that:

1. Applied's Crossclaim against Adesso, Inc. ("Adesso") and all causes of action therein are DISMISSED WITH PREJUDICE; and

2. No costs, attorney's fees, or other expenses of any type are awarded and any request for such relief is expressly DENIED.

SIGNED this 7th day of August, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE